**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035,<br><br>      *Appellant*,<br><br>v.<br><br>WASHINGTON POST,<br><br>      *Appellee*. | No. 23-7100 |

**APPELLEE'S RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to D.C. Circuit Rule 26.1, Appellee The Washington Post makes the following disclosure:

WP Company LLC d/b/a The Washington Post is a wholly-owned subsidiary of Nash Holdings LLC.  WP Company LLC and Nash Holdings LLC are both privately held companies with no securities in the hands of the public.

Dated:  August 25, 2023

Respectfully submitted

/s/ *Jacqueline Holmes*

Jacqueline Holmes
Yaakov Roth
Madeline Clark
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 879-3939
jholmes@jonesday.com
yroth@jonesday.com
mclark@jonesday.com

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 25, 2023, I electronically filed a true and correct copy of the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jacqueline Holmes*
Jacqueline Holmes