UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035,<br><br>    Appellant,<br><br>v.<br><br>THE WASHINGTON POST,<br><br>    Appellee. | No. 23-7100 |

## STATEMENT OF INTENT REGARDING JOINT APPENDIX

The parties to the above appeal, the Washington-Baltimore News Guild, Local 32035 and The Washington Post, by their respective counsel, have agreed not to utilize a deferred Joint Appendix in this matter.

Dated: August 25, 2023      By:  /s/ Robert E. Paul
                      Robert E. Paul
                      Law Offices of Robert E. Paul, PLLC
                      1025 Connecticut Avenue NW
                      Suite 1000
                      Washington, DC 20036
                      (202) 857-5000
                      (202) 327-5499 fax
                      (202) 374-0550 cell
                      rpaul@robertepaul.com

                      Attorneys for Appellant