UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**WASHINGTON-BALTIMORE NEWS GUILD,
LOCAL 32035,**

                Appellant,

v.                                                                  No. 23-7100

**THE WASHINGTON POST,**

                Appellee.

_____

## APPELLANT'S ISSUES TO BE RAISED ON APPEAL

      1. Did the District Court err by not requiring The Washington Post to arbitrate two grievances over employee discipline which had been filed during and pursuant to the provisions of the parties' collective bargaining agreement?

      2. Did the District Court err by not requiring The Washington Post to arbitrate two grievances over employee discipline since, under Supreme Court precedent and the law of this Circuit, it cannot be said "with positive assurance" that the arbitration provisions are not susceptible of an interpretation that covers both disputes, with doubts to be resolved in favor of arbitration?

      3. Did the District Court err by not requiring The Washington Post to arbitrate two grievances over employee discipline where the text and intent of the arbitration language at issue do not expressly preclude arbitration of the previously filed grievances merely because the collective bargaining agreement had expired?

Dated:  August 25, 2023            By:      /s/ Robert E. Paul
                                        Robert E. Paul
                                    Law Offices of Robert E. Paul, PLLC
                                    1025 Connecticut Avenue NW
                                    Suite 1000
                                    Washington, DC 20036
                                    (202) 857-5000
                                    (202) 327-5499 fax
                                    (202) 374-0550 cell
                                    rpaul@robertepaul.com

                                    Attorneys for Appellant