UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035,**

          Appellant,

v.

**THE WASHINGTON POST,**

          Appellee.

No. 23-7100

## APPELLANT'S CORPORATE DISCLOSURE STATEMENT

On behalf of Appellant Washington-Baltimore News Guild, Local 32035, and pursuant to Circuit Rule 26.1, this is to certify that the Appellant is a labor organization that represents employees for purposes of collective bargaining, is not a subsidiary or affiliate of a publicly owned corporation, and there is, to our knowledge, not a publicly owned corporation not party to the appeal that has a financial interest in the outcome of this appeal.

Dated:  August 25, 2023         By:  ____/s/ Robert E. Paul____
                                                          Robert E. Paul
                                                   Law Offices of Robert E. Paul, PLLC

        1025 Connecticut Avenue NW  
        Suite 1000  
        Washington, DC 20036  
        (202) 857-5000  
        (202) 327-5499 fax  
        (202) 374-0550 cell  
        rpaul@robertepaul.com  

        Attorneys for Appellant

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Corporate Disclosure Statement was served this 25th day of August 2023 on Jacqueline M. Holmes and Jacob M. Roth, Jones Day, 51 Louisiana Avenue NW, Washington, DC 20001 through the Court's CM/ECF system.

        /s/ Robert E. Paul  
        Robert E. Paul