UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035,** <br> Appellant, <br><br> v. <br><br> **THE WASHINGTON POST,** <br> Appellee. | No. 23-7100 |

## JOINT MOTION TO HOLD APPEAL IN ABEYANCE

Appellant Washington-Baltimore News Guild, Local 32035, and Appellee The Washington Post, by their respective counsel, respectfully move this Court to hold this matter in abeyance pending the conclusion of mediation efforts to resolve this litigation. In support of this motion, the parties jointly state as follows:

1. The appeal in this case was docketed on July 21, 2023.

2. The parties each recently agreed to explore mediation of this litigation and have now been informed by Circuit Mediator Dina Gold that the case has been accepted into the Court's Mediation Program.

3. Thus, in the interest of conserving judicial resources as well as their own resources, the parties jointly request that this Court hold this matter in abeyance

USCA Case #23-7100   Document #2016717         Filed: 09/13/2023    Page 2 of 2

pending the conclusion of the parties' mediation efforts. The parties will provide this Court with a joint status report within 60 days or at whatever interval(s) the Court deems appropriate.

Dated:  September 13, 2023

/s/ Robert E. Paul
Robert E. Paul
Law Offices of Robert E. Paul, PLLC
1025 Connecticut Avenue NW
Suite 1000
Washington, DC 20036
(202) 857-5000
(202) 327-5499 fax
(202) 374-0550 cell
rpaul@robertepaul.com

Counsel for Appellant

 /s/ *Jacqueline Holmes*
Jacqueline Holmes
Yaakov Roth
Madeline Clark
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
(2020 879-3939
jholmes@jonesday.com
jroth@jonesday.com
mclark@jonesday.com

Counsel for Appellee