# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 23-7100**                                                **September Term, 2023**

**1:22-cv-02484-CKK**

**Filed On: September 14, 2023** [2016991]

Washington-Baltimore Newspaper Guild,
Local 32035,

       Appellant

    v.

Washington Post,

       Appellee

## O R D E R

Upon consideration of the joint motion to hold appeal in abeyance, it is

**ORDERED** that the motion be granted and this case be held in abeyance pending further order of the court.

The parties are directed to file status reports at 60-day intervals beginning November 13, 2023. The parties are directed to file motions to govern further proceedings in this case within 30 days of the conclusion of mediation proceedings.

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                            BY:   /s/
                                           James A. Kaiser
                                           Deputy Clerk