UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035,<br><br>*Appellant*,<br><br>v.<br><br>THE WASHINGTON POST,<br><br>*Appellee*. | No. 23-7100 |

# JOINT STATUS REPORT

Pursuant to the Court's Order of September 14, 2023, Appellant Washington-Baltimore News Guild, Local 32035 and Appellee The Washington Post, by their respective counsel, hereby submit the following Joint Status Report:

1. On September 13, 2023, the parties filed a Joint Motion to Hold Appeal in Abeyance following an agreement between the parties to explore mediation of the litigation.

2. On September 14, 2023, the Court ordered this case held in abeyance pending mediation and directed the parties to file a status report by November 13, 2023.

3. The parties have each had several discussions with the mediator and continue to work to narrow their differences in an attempt to resolve this matter. The mediator has outlined a process by which the parties will soon exchange proposals to determine whether this matter can be resolved without further litigation.

4. The parties respectfully request that the Court continue to hold this case in abeyance until mediation proceedings have concluded and propose to provide the Court with a further status report in 60 days.

Dated: November 13, 2023

/s/ Robert E. Paul
Robert Edward Paul
Law Offices of Robert E. Paul, PLLC
1025 Connecticut Avenue NW
Suite 1000
Washington, DC 20036
Telephone: (202) 857-5000
rpaul@robertepaul.com

*Counsel for Appellant*

Respectfully submitted,

/s/ *Jacqueline Holmes*
Jacqueline Holmes
Yaakov Roth
Madeline Clark
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
jholmes@jonesday.com
yroth@jonesday.com
mclark@jonesday.com

*Counsel for Appellee*