UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035, <br><br> *Appellant,* <br><br> v. <br><br> THE WASHINGTON POST, <br><br> *Appellee.* | No. 23-7100 |

# JOINT STATUS REPORT

Appellant Washington-Baltimore News Guild, Local 32035 and Appellee The Washington Post, by their respective counsel, hereby submit the following Joint Status Report:

1. On September 13, 2023, the parties filed a Joint Motion to Hold Appeal in Abeyance following an agreement between the parties to explore mediation of the litigation.

2. On September 14, 2023, the Court ordered this case held in abeyance pending mediation and directed the parties to file a status report by November 13, 2023. The parties did so, and promised a follow up report approximately 60 days later.

3. The parties have reached a tentative, conditional settlement agreement that resolves the disputes underlying this matter. The parties require some additional time to reduce that agreement to writing, as well as to determine whether the condition precedent to resolving the matter can be met.

1

4. The parties respectfully request that the Court continue to hold this case in abeyance until mediation proceedings have concluded and propose to provide the Court with a further status report in 60 days.

Dated: January 24, 2024

/s/ Robert E. Paul
Robert Edward Paul
Law Offices of Robert E. Paul, PLLC
1025 Connecticut Avenue NW
Suite 1000
Washington, DC 20036
Telephone: (202) 857-5000
rpaul@robertepaul.com

*Counsel for Appellant*

Respectfully submitted,

/s/ *Jacqueline Holmes*
Jacqueline Holmes
Yaakov Roth
Madeline Clark
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
jholmes@jonesday.com
yroth@jonesday.com
mclark@jonesday.com

*Counsel for Appellee*