UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035,**  *Appellant,*  v.  **THE WASHINGTON POST,**  *Appellee.* | No. 23-7100 |

### JOINT MOTION FOR LIMITED REMAND

Appellant Washington-Baltimore News Guild, Local 32035 and Appellee The Washington Post, by their respective counsel, jointly move the Court, pursuant to Rule 12.1 of the Federal Rules of Appellate Procedure, for a limited remand of this case to the United States District Court for the District of Columbia for the purpose of vacating the July 3, 2023 judgment and order on appeal.

While on appeal, the parties participated in mediation discussions through the Court's Appellate Court Mediation Program, and they reached a settlement agreement. The express terms of the settlement agreement, to be binding and effectuated, require that the District Court vacate the judgment and order on appeal.

Pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, the parties filed a joint motion in the District Court for an indicative ruling. The District Court granted the motion and stated that if this Court remands the case, the District Court will vacate the judgment and order on appeal. A copy of the District Court's Order is attached.

The parties therefore respectfully request that the Court grant a limited remand of this case in order for the District Court to proceed as stated in the Order. If the case is remanded and the District Court vacates the decision and order below, all issues presented on appeal will be resolved, and the appeal will be dismissed in its entirety.

| | |
|---|---|
| Dated: March 4, 2024 | Respectfully submitted, |
| /s/ Robert E. Paul<br>Robert Edward Paul<br>Law Offices of Robert E. Paul, PLLC<br>1025 Connecticut Avenue NW<br>Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 857-5000<br>rpaul@robertepaul.com<br><br>*Counsel for Appellant* | /s/ Jacqueline Holmes<br>Jacqueline Holmes<br>Yaakov Roth<br>Madeline Clark<br>JONES DAY<br>51 Louisiana Avenue N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 879-3939<br>jholmes@jonesday.com<br>yroth@jonesday.com<br>mclark@jonesday.com<br><br>*Counsel for Appellee* |