Tuesday, February 27, 2024 at 13:55:51 Eastern Standard Time

**Subject:** Activity in Case 1:22-cv-02484-CKK WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035 v. WASHINGTON POST Order on Motion to Vacate
**Date:** Tuesday, February 27, 2024 at 1:54:16 PM Eastern Standard Time
**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**To:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 2/27/2024 at 1:54 PM EDT and filed on 2/27/2024

**Case Name:** WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035 v. WASHINGTON POST
**Case Number:** 1:22-cv-02484-CKK
**Filer:**
**WARNING: CASE CLOSED on 07/03/2023**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: The Court is in receipt of the parties' [23] Joint Motion for Indicative Ruling. The parties request that the Court issue an indicative ruling, in which the Court would agree to vacate its [19] Order and [20] Memorandum Opinion and dismiss this action with prejudice if the D.C. Circuit remands this case for vacatur. The parties explain that, while on appeal, they have reached a settlement, conditioned on the vacatur of this Court's order and memorandum opinion. In light of the parties' settlement, the Court shall GRANT the [23] Joint Motion for Indicative Ruling. The Court shall vacate the [19] Order and [20] Memorandum Opinion, conditional upon the D.C. Circuit remanding the case to this Court for vacatur. Once the Court receives such a remand from the D.C. Circuit, the Court shall vacate its prior rulings. Furthermore, if the D.C. Circuit remands this case, the parties are directed to file a joint stipulation of dismissal within thirty days. Signed by Judge Colleen Kollar-Kotelly on 2/27/2024. (lcckk1)**

1:22-cv-02484-CKK Notice has been electronically mailed to:

Robert Edward Paul    rpaul@robertepaul.com, ifconey@robertepaul.com, ifconey@zwerdling.com

Jacqueline M. Holmes    jholmes@jonesday.com, alzywicki@jonesday.com

Jacob M. Roth    yroth@jonesday.com

**1:22-cv-02484-CKK Notice will be delivered by other means to::**