# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-7100**　　　　　　　　　　　　　　**September Term, 2023**

**1:22-cv-02484-CKK**

**Filed On:** April 19, 2024

Washington-Baltimore Newspaper Guild,
Local 32035,

　　　　Appellant

　　v.

Washington Post,

　　　　Appellee

　　**BEFORE:**　　Rao, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the joint motion for limited remand and the supplement thereto, it is

**ORDERED** that the motion be granted and the record be remanded to the district court to enable it to rule on the parties' joint request to vacate under Federal Rule of Civil Procedure 60(b), which the district court has expressed its willingness to do. See Fed. R. App. P. 12.1; D.C. Cir. Rule 41(b). This court retains jurisdiction over the case, and the parties must promptly notify the Clerk when the district court has decided the motion to vacate on remand. See Fed. R. App. P. 12.1(b). The parties are directed to file motions to govern further proceedings in this court within 30 days of such notification.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　　　　　Deputy Clerk