# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035, <br><br> *Appellant*, <br><br> v. <br><br> THE WASHINGTON POST, <br><br> *Appellee*. | No. 23-7100 |

## JOINT REPORT AND REQUEST FOR DISMISSAL

Appellant Washington-Baltimore News Guild, Local 32035 and Appellee The Washington Post, by their respective counsel, hereby submit the following Joint Report and Request for Dismissal. In support, the parties' state:

1. After this Court's April 19, 2024 Order issued, the parties jointly requested that the district court vacate her July 3, 2023 opinion, and dismiss the claims in the district court with prejudice. The district court did so on April 24, 2024; this order is attached hereto as Exhibit A.

2. As a result of the district court's action, the parties' settlement agreement in this matter has been effectuated, and the parties consider the appeal resolved.

3. Therefore, the parties respectfully request that this Court dismiss this matter in its entirety, with prejudice.

Dated: May 15, 2024

/s/ Robert E. Paul
Robert Edward Paul
Law Offices of Robert E. Paul, PLLC
1025 Connecticut Avenue NW
Suite 1000
Washington, DC 20036
Telephone: (202) 857-5000
rpaul@robertepaul.com

*Counsel for Appellant*

Respectfully submitted,

/s/ *Jacqueline Holmes*
Jacqueline Holmes
Yaakov Roth
Madeline Clark
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
jholmes@jonesday.com
yroth@jonesday.com
mclark@jonesday.com

*Counsel for Appellee*