# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON-BALTIMORE NEWS GUILD, LOCAL 32035,<br>    Plaintiff,<br>    v.<br>THE WASHINGTON POST,<br>    Defendant. | Civil Action No. 22-2484 (CKK) |

**ORDER**
(April 24, 2024)

In February 2024, the parties filed the [23] Joint Motion for Indicative Ruling, requesting the Court to issue an indicative ruling, in which the Court would agree to vacate its [19] Order and [20] Memorandum Opinion and dismiss this case with prejudice if the United States Court of Appeals for the District of Columbia Circuit ("D.C. Circuit") remands this case for vacatur. In the [23] Joint Motion, the parties explained that they reached a settlement while on appeal, conditioned on the vacatur of this Court's order and accompanying memorandum opinion. The Court granted the requested relief on February 27, 2024, conditional upon the D.C. Circuit remanding the case to this Court for vacatur. *See* Minute Order (Feb. 27, 2024). On April 19, 2024, the Court received the D.C. Circuit's [24] Order, remanding the record back to the Court. On April 24, 2024, the parties filed a joint stipulation of dismissal. *See* ECF No. 25.

In light of the parties' [25] Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a), and the [24] Order from the D.C. Circuit, it is, this 24th day of April, 2024, hereby

**ORDERED**, that the Court's [19] Order and accompanying [20] Memorandum Opinion are **VACATED** pursuant to Federal Rule of Civil Procedure 60(b). It is further

**ORDERED**, that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: April 24, 2024

                                              ___/s/_____
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge